DISMISSAL FORM FOR CRIMINAL CASES ON ANT'S MOTION/OR WD NOA 









                NO. 12-07-00277-CV

 

IN THE COURT OF APPEALS

 

TWELFTH COURT OF APPEALS
DISTRICT

 

TYLER, TEXAS

 

 

§          APPEAL FROM THE 

IN THE ESTATE OF

LLOYD SHERMAN BLEVINS,

DECEASED §          COUNTY COURT AT LAW NO. 1 OF

 

§          HENDERSON COUNTY, TEXAS

 




 
 
 
 
 
 
 
 
 
 
 
 
 
 
 


 

 



MEMORANDUM
OPINION

PER CURIAM

            Appellants have filed a motion to
dismiss this appeal.  In their motion,
Appellants state that they no longer wish to pursue this appeal.  A copy of the motion has been sent to all
counsel of record.  Because Appellants
have met the requirements of Texas Rule of Appellate Procedure 42.1(a)(1), the
motion is granted, and the appeal is dismissed.

Opinion delivered December 12, 2007.

Panel consisted of Worthen, C.J., Griffith, J., and Hoyle, J.

 

 

 

 

 

 

 

 

 

 

 

 

 

 

(PUBLISH)